IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIONE DAVIS,
ALIEN # A97-957-165,

    Petitioner,

v.                                              CASE NO. 4:09-cv-00035-MP-WCS

MICHAEL B. MUKASEY,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Respondents.
_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed as moot. The Magistrate entered the Report on March 16, 2009. A copy of the Report was mailed to Petitioner at his "forwarding address," even though Petitioner failed to file notice with the Court of his change of address. Petitioner has not filed an objection to the Report, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that this case should be dismissed. Petitioner appears to have already been released from custody, and he has not responded to Respondents' motion to dismiss or to the Magistrate's Report. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge (Doc. 12) is ADOPTED and incorporated herein, and the petition is DISMISSED as moot.

    **DONE AND ORDERED** this  *15th* day of April, 2009

                            *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge